FILED
2019 Jan-30  PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**RICHARD WOOD,**

    **Plaintiff,**

v.                                   Civil Action No.: 2:18-cv-01806-RDP

**NORFOLK SOUTHERN RAILWAY,**

    **Defendant.**

## JOINT STIPULATION OF DISMISSAL

Come now the parties to this action, by and through their below-signed counsel, and stipulate that the above-styled action is due to be dismissed with prejudice, each party to bear his or its own costs.

                                              s/ Colin D. Sherman
                                              Colin D. Sherman

OF COUNSEL:
Sherman & Lacey, LLP
P.O. Box 3062
Mobile, Alabama  36652
(251) 930-5415

                                              James R. Ferguson
                                              Charles E. Sorey II

OF COUNSEL:
H. Chris Christy Law Firm
201 W Broadway, Suite G12
North Little Rock, Arkansas 72114
(501) 758-0278

                                           Attorneys for the plaintiff

{B1103044.1}

                                                s/ John M. Graham
                                                John M. Graham
                                                Crawford S. McGivaren, Jr.

                                                Attorneys for the defendant

OF COUNSEL:
CABANISS, JOHNSTON, GARDNER,
  DUMAS & O'NEAL LLP
P. O. Box 830612
Birmingham, AL 35283-0612
(205) 716-5200

{B1103044.1}                        2

## CERTIFICATE OF SERVICE

I hereby certify that this 30th day of January, 2019, I served the following counsel for the plaintiff with a copy of the foregoing by e-mail:

Mr. Colin D. Sherman
Sherman & Lacey, LLP
P. O. Box 3062
Mobile, Alabama 36652

Mr. James R. Ferguson
H. Chris Christy Law Firm
201 W Broadway, Suite G12
North Little Rock, Arkansas 72114

Mr. Charles E. Sorey II
H. Chris Christy Law Firm
774 Avery Boulevard North
Madison, Mississippi  39157

/s John M. Graham
OF COUNSEL