# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD WOOD,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:18-cv-01806-RDP |
| **NORFOLK SOUTHERN RAILWAY,** | } |
| Defendant. | } |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 2), filed January 30, 2019, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this January 30, 2019.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

.